UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANN DEUTSCHER, an individual,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>USAA CASUALTY INSURANCE COMPANY, a foreign insurer,<br><br>　　　　Defendant. | No. 2:23-cv-00336-BJR<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

## I. STIPULATION

The undersigned parties having resolved this matter, it is stipulated by the parties that all claims be dismissed with prejudice and without costs or attorney's fees to any party and that the attached Order may be entered.

Dated this 8th day of November, 2023.　　　　　　Dated this 8th day of November, 2023.

FORSBERG & UMLAUF, P.S　　　　　　　　　　　CASCADE LAW PLLC


*s/Kara A. Tredway*　　　　　　　　　　　　　　　*s/Umar I. Gebril*
Kimberly A. Reppart, WSBA #30643　　　　　　　Joseph W. Moore, WSBA #44061
Kara A. Tredway, WSBA #44984　　　　　　　　Umar I. Gebril, WSBA #58227
*Attorneys for Defendants*　　　　　　　　　　　　*Attorney for Plaintiffs*

STIPULATION AND ORDER OF DISMISSAL – PAGE 1

## II. ORDER

THIS MATTER having come before the above-entitled Court on the stipulation of the undersigned parties, now, therefore, it is HEREBY

ORDERED, ADJUDGED AND DECREED that all claims of the parties be dismissed with prejudice and without costs or attorney's fees to any party.

Dated: November 13, 2023

*(signature)*
Barbara Jacobs Rothstein
U.S. District Court Judge

Presented by:

FORSBERG & UMLAUF, P.S.

*s/Kara A. Tredway*
Kimberly A. Reppart, WSBA #30643
Kara A. Tredway, WSBA #44984
*Attorneys for Defendant*

CASCADE LAW PLLC

*s/Umar I. Gebril*
Joseph W. Moore, WSBA #44061
Umar I. Gebril, WSBA #58227
*Attorney for Plaintiffs*

STIPULATION AND ORDER OF DISMISSAL – PAGE 2

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX